(*Supreme Court, General Term, First Department.* March 29, 1889.)

*M. J. Keogh*, for appellant. *Samuel Riker*, for respondent.

Reargument ordered upon the question of abandonment.

---

CLARK, Appellant, *v.* JOHNSON, Respondent.

(*Supreme Court, General Term, Fifth Department.* April 12, 1889.)

*Henry M. Davis*, for appellant. *E. M. & F. W. Ashley*, for respondent.

Judgment affirmed.

---

SCHAUM, Respondent, *v.* CITY OF ROCHESTER, Appellant.

(*Supreme Court, General Term, Fifth Department.* April 12, 1889.)

*Charles B. Ernst*, for appellant. *Walter S. Hubbell*, for respondent.

Judgment affirmed, with costs.

---

WAGNER, Respondent, *v.* MOSCHELL, Appellant.

(*Supreme Court, General Term, Fifth Department.* April 12, 1889.)

*J. Q. Van Voorhis*, for appellant. *Horace McGuire*, for respondent.

Judgment affirmed, with costs.

---

MUTUAL LIFE INS. CO., Respondent, *v.* SPERRY, Impleaded, Appellant.

(*Supreme Court, General Term, Fifth Department.* April 12, 1889.)

*John J. Snell*, for appellant. *Harris & Harris*, for respondent.

Judgment affirmed, with costs.